**TRACOR, INC., Appellant,**

v.

**PREMCO INSTRUMENTS, INC.,**
Appellee.

No. 25230.

United States Court of Appeals
Fifth Circuit.

June 7, 1968.

Bill Durkee, Houston, Tex., Donald N. Goldston, Austin, Tex., Arnold, Roylance, Kruger & Durkee, Houston, Tex., Coffee, Ritter & Goldston, Austin, Tex., for defendant-appellant.

Forrest N. Troutman, Sneed & Vine, Austin, Tex., for plaintiff-appellee.

Before COLEMAN and GODBOLD, Circuit Judges, and RUBIN, District Judge.

PER CURIAM:

After briefs and oral argument, this interlocutory appeal is dismissed for want of jurisdiction.

The District Court directed an order to the clerk of a state court requesting that a sealed manila envelope in the custody of that official in connection with a state court case (which had been settled and dismissed with prejudice) be forwarded to the clerk of the federal court and there held in secrecy pending further order. A motion for a stay was heard and denied. Appellant then undertook an appeal to this Court without a certificate of the District Judge under the provisions of 28 U.S.C.A., § 1292(b) and without applying to this Court within ten days of the order for leave to appeal.

We view this order as being, to all intents and purposes, no more than a subpoena duces tecum. The documents have been sent for in sealed form and ordered to be held that way. This was "only a step in the orderly procedure of the case", it was not an injunction, and the order is therefore not appealable, O'Malley v. Chrysler Corp., 7 Cir., 1947, 160 F.2d 35.

Appellant's motion for mandamus relief is denied.

Appeal dismissed and writ of mandamus denied.